BENEDICT AND ALTMAN
Joshua Altman- ATTORNEY ID. 018632000
jaltman@benedictandaltman.com
247 Livingston Avenue
New Brunswick, New Jersey 08901
732-745-9000
Attorneys for Defendant: Raquan Fuqua

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff | Docket Number 3:19-MJ-04568-LHG |
| V. | |
| RAQUAN FUQUA | CONSENT ORDER TO REMOVE LOCATION MONITORING AND TO REMOVE THIRD PARTY CUSTODIAN |
| Defendant | |

THIS MATTER having been brought before the above-named Court, upon the application of Joshua Altman, Esq., of the law firm of Benedict And Altman, attorneys for Defendant Raquan Fuqua in the above-captioned matter, and Assistant United States District Attorney, Brendan Day, on behalf of the United States of America, and the parties having agreed to remove any Location Monitoring through a stand-alone GPS Device and to remove Kim Lyles Fuqua as a third-party custodian.

IT IS on this 11th day of May, 2022

**ORDERED** that Raquan Fuqua, is no longer subject to Location Monitoring through a stand-alone GPS device and the bracelet shall be removed; and

**IT IS FURTHER ORDERED** that Kim Lyles Fuqua is formally removed as a third-party custodian for Raquan Fuqua;

**IT IS FURTHER ORDERED** that all previously imposed conditions not inconsistent with this Order shall remain in full force and effect.

_____
Hon. Freda L. Wolfson, Chief Judge


The undersigned agree to the form of Order herein.

| United States of America | BENEDICT AND ALTMAN |
| District of New Jersey | |

By: *Brendan Day*                By: *Joshua Altman*
     AUSA BRENDAN DAY                   JOSHUA ALTMAN, ESQ.