PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Raquan Fuqua**                                                                 Docket No. 22-cr-00359-1

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW DANIEL MILNE PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Raquan Fuqua**, who was placed under pretrial release supervision by the **HONORABLE LOIS H. GOODMAN. UNITED STATES MAGISTRATE JUDGE** sitting in the Court at **Trenton, New Jersey** on **September 4, 2019**, under the following conditions: a $250,000 Unsecured Appearance Bond; The defendant shall be released into the third-party custody of Ariel Rubin; Pretrial Services supervision; Home Incarceration, with electronic monitoring: 24-hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court; Surrender all passports/travel documents;  Do not apply for new travel documents; Travel restricted to New Jersey, unless otherwise approved by Pretrial Services;  Substance abuse testing and/or treatment as directed by Pretrial Services; Maintain current residence or a residence approved by Pretrial Services; No contact with victims or witnesses; Third-party custodian to keep a visitor's log; Third-party custodian to accompany the defendant whenever he leaves the residence.

The third-party custodian, location monitoring, pen registry and third-party accompaniment conditions were removed during the pendency of the defendant's case.  The defendant pleaded guilty before Honorable Freda Wolfson, Chief United States District Judge and is pending sentencing without a date.

      Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

**Praying that the Court will order that a warrant be issued for the defendant's arrest.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this  27th  day of  January , 2023  and ordered filed and made a part of the records in the above case. | Executed on                   1/27/23 |
| *[signature]* | *[signature]* |
| Honorable Douglas E. Arpert<br>U.S. Magistrate Judge | DANIEL MILNE<br>U.S. Pretrial Services Officer |